# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 29, 2008 |
| Court Reporter: Janet Coppock | Time: 2 hours and 9 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 07-CR-00188-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Colleen Covell |
| | Special Agent Don Peterson |
| Plaintiff, | Special Agent Todd Wilcox |
| vs. | |
| 2. **ALEJANDRO CAMACHO-LEVARIO,** | Adam Tucker |
| 3. **LUIS CAMACHO-LEVARIO,** | Sean McDermott |
| 7. **DAVID GARCIA,** | Art Nieto |
| 17. **OSCAR GARCIA RUIZ,** | Patrick Butler |
| Defendants. | |

### MOTIONS HEARING

**9:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendants Alejandro Camacho-Levario, Luis Camacho-Levario, David Garcia, and Oscar Ruiz are present and in custody.

Discussion regarding how the Court should proceed and what motions will require additional evidence.

Comments by Ms. Covell and Mr. Butler.

**Exhibit 1, 1-A and 1-B (Search Warrant, Application and Affidavit, 8290 Federal Boulevard) is ADMITTED.**

**Exhibit 2, 2-A and 2-B (Search Warrant, Application and Affidavit, 5045 Adams Street) is ADMITTED.**

**ORDERED:** Counsel directed to provide the Court will the search warrants that are at issue in these proceedings.

**Defendant Oscar Garcia-Ruiz's Motion to Suppress (Doc #376), filed 10/17/07.**

**9:23 a.m.** Argument by Mr. Butler in support of defendant's motion to suppress. Questions by the Court.

**9:43 a.m.** Argument by Ms. Covell. Questions by the Court.

**9:50 a.m.** Further argument by Mr. Butler.

**Defendant Alejandro Camacho-Levario's Motion to Suppress Search (Doc #651), filed 6/13/08.**

**9:54 a.m.** Argument by Mr. Tucker in support of defendant's motion.

**10:03 a.m.** Argument by Ms. Covell.

**ORDERED:** Defendant Oscar Garcia-Ruiz's Motion to Suppress (Doc #376), filed 10/17/07 and Defendant Alejandro Camacho-Levario's Motion to Suppress Search (Doc #651), filed 6/13/08 are **SUBMITTED.**

**Defendant Oscar Garcia Ruiz's Motion for James Hearing (Doc #483), filed 1/18/08.**

**Defendant David Garcia's Motion for James Hearing (Doc #553), filed 3/23/08.**

**10:09 a.m.** Argument in opposition to defendants' motions by Ms. Covell.

**10:13 a.m.** Argument in support by Mr. Butler.

**10:16 a.m.** Argument in support by Mr. McDermott.

**10:23 a.m.** Comments by Mr. Nieto, joining the arguments of Mr. Butler and Mr. McDermott.

**10:24 a.m.** Further argument by Ms. Covell.

**10:30 a.m.** **COURT IN RECESS**

**10:48 a.m.** **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:** Defendant Oscar Garcia Ruiz's Motion for James Hearing (Doc #483), filed 1/18/08 and Defendant David Garcia's Motion for James Hearing (Doc #553), filed 3/23/08 are **GRANTED**. Government's James proffer is due **January 5, 2009.** Defendants' responses and or objections are due **February 2, 2009.**

**ORDERED:** Counsel directed to schedule a James hearing no later than **March 16, 2009.**

**Defendant Alejandro Camacho-Levario's Motion to Dismiss (Doc #646), filed 6/13/08.**

**11:05 a.m.** Argument in support by Mr. Tucker.

**11:11 a.m.** Argument by Ms. Covell.

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion to Dismiss (Doc #646), filed 6/13/08 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant Alejandro Camacho-Levario's Request For Notice of Intent to Call Expert Witnesses (Doc #642), filed 6/13/08 is GRANTED. Government shall disclose their expert witnesses **28 days** prior to trial.

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion for Disclosure of 404(b) Evidence (Doc #643), filed 6/13/08 is **GRANTED**. Government's disclosures are due **January 30, 2009.**

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion for Release of Brady Material (Doc #644), filed 6/13/08 is **GRANTED.**

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc #648), filed 6/13/08 is **GRANTED.**

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion for Disclosure (Doc #649), filed 6/13/08 is **GRANTED.** Government's Disclosures are due **January 30, 2009.**

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion to Preserve Tapes and Notes (Doc #650), filed 6/13/08 is **GRANTED.**

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion for Notice by Government of Intent to Introduce Evidence (Doc #656), filed 6/22/08 is **DENIED as MOOT.**

**ORDERED:** Defendant David Garcia's Motion for Disclosure of 404(b) Evidence (Doc #555), filed 3/23/08 is **GRANTED.** Government's Disclosures are due **January 30, 2009.**

**ORDERED:** Defendant David Garcia's Motion for Disclosure of Brady Material (Doc #556), filed 3/23/08 is **GRANTED.**

**ORDERED:** Defendant David Garcia's Motion for Discovery Re: Confidential Informants (Doc #557), filed 3/23/08 is **GRANTED**, but limited to witnesses that will testify at trial, **28 days** prior to trial.

**ORDERED:** Defendant David Garcia's Motion for Disclosure of Jencks Material (Doc #559), filed 3/25/08 is GRANTED, **28 days** prior to trial.

**ORDERED:** Defendant Jose Munoz's Motion to Dismiss or Strike Invalid Portions of Indictment (Doc #350), filed 10/1/07 is **DENIED as MOOT.**

Page Five
07-CR-00188-WDM
September 29, 2008

**ORDERED:** Defendant Veronica Tyree's Motions (Docs #539, 540, 541, 542, 543, 544, 545, 546, 547 and 548 are **DENIED as MOOT**.

**ORDERED:** Defendant Alejandro Camacho-Levario's Motion to Produce Bruton and FRE 801(D)(20(e) (Doc #645), filed 6/13/08 is **GRANTED** to the extent ordered.

**ORDERED:** Defendant Oscar Garcia Ruiz's Motion for James Hearing (Doc #483), filed 1/18/08 is **GRANTED** to the extent ordered.

**ORDERED:** Defendant David Garcia's Motion for James Hearing (Doc #553), filed 3/23/08 is **GRANTED** to the extent ordered.

**ORDERED:** Any additional motions on behalf of defendant's David Garcia and Luis Camacho-Levario are due **October 31, 2008.**

**ORDERED:** Parties are directed to chambers to schedule a James hearing and trial date.

**ORDERED:** Defendants Alejandro Camacho-Levario, Luis Camacho-Levario, David Garcia and Oscar Garcia-Ruiz are REMANDED to the custody of the U.S. Marshal.

**11:15 a.m.   COURT IN RECESS**

**Total in court time:      129 minutes**

**Hearing concluded**