IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ALEJANDRO CAMACHO-LEVARIO,

    Defendant.

_____

**ORDER**
_____

    Pursuant to the parties' stipulation, Charles W. Elliott is appointed as a member of the Criminal Justice Act Panel to consult with the Defendant and his counsel prior to the hearing scheduled March 24, 2009, with the understanding that the costs of his services will be paid by Defendant's counsel, Harvey Steinberg. Without further order, this does not constitute appointment of Mr. Elliott to represent the Defendant in this action.

    DATED at Denver, Colorado, on March 17, 2009.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States Senior District Judge