IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ALEJANDRO CAMACHO-LEVARIO,

    Defendant.

_____

### MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The change of plea hearing is rescheduled to **November 18, 2009, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: October 14, 2009

                                            s/Jane Trexler, Judicial Assistant