IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ALEJANDRO CAMACHO-LEVARIO,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Sentencing will be held **February 18, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: November 18, 2009

                                                     s/Jane Trexler, Judicial Assistant